UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>     Plaintiff,<br><br>   v.<br><br>PRB MANAGEMENT, LLC dba<br>TACO BELL #4979,<br><br>     Defendant. | No.  2:15-cv-00618-GEB-CMK<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Plaintiff filed a "Notice of Settlement" on March 30, 2015, in which she states: "the . . . matter known as Pickern v. PRB Management, LLC, Case No. 2:15-cv-00618-GEB-CMK has been resolved. The parties anticipate filing a Stipulation for Dismissal within eight weeks." (Pl.'s Notice of Settlement, ECF No. 4.)

    Therefore, a dispositional document shall be filed no later than May 26, 2015. The failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date

1

1 | prescribed by the Court may be grounds for sanctions.").
2 |             IT IS SO ORDERED.
3 | Dated:  March 31, 2015

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```